BENJAMIN FRIEDMAN, Respondent, v. JOSEPH LICHTENTHAL, Appellant.—

Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.